# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 7/15/2015 | Case Number: | 15-mj-2428 |
| Case Title: USA v. | Antonio Valdez | Liberty: | Gila @    9:46 am |
| Courtroom Clerk: | E. Romero | Total Time: | 8 minutes |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Pres Torrez | Defendant: | Pro-Se |

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☒ Preliminary/Detention    Gila    7/16/2015    @ 9:30 am
- ☐ Other: