IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                   15-MJ-2428

ANTONIO VALDEZ,

      Defendant.

## **ENTRY OF APPEARANCE**

COMES NOW Daniel R. Marlowe, Esq., and enters his appearance as attorney of record for and on behalf of the above named Defendant.

                                                  Respectfully Submitted,

                                                  /s/ Daniel R. Marlowe
                                                  DANIEL R. MARLOWE
                                                  Attorney for Defendant

                                                  THE MARLOWE LAW FIRM
                                                  A Professional Corporation
                                                  P.O. Box 8207
                                                  Santa Fe, N.M. 87504-8207
                                                  (505) 988-1144
                                                  dan@danmarlowelaw.com

Certificate of Service

I certify that I electronically served a true copy of the above entry of appearance on opposing counsel by filing a true copy of same in the ECF/CMS filing system on this 15th day of July 2015.

                                    /s/ Daniel R. Marlowe
                                      Daniel R. Marlowe