# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable William P. Lynch

United States Magistrate Judge

Clerk's Minutes – Preliminary / Detention

| Date: | 7/16/2015 | Case Number: | 15mj2428 | |
|---|---|---|---|---|
| Case Title: USA v. | Antonio Valdez | Liberty: | Gila @ | 10:16 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 66 mins | |
| Probation/Pretrial: | Sandra Avila-Toledo | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Sarah Mease | Defendant: | Dan Marlow |
|---|---|---|---|

PROCEEDINGS:

| | |
|---|---|
| ☐ | Defendant waives Preliminary hearing |
| ☒ | Court finds probable cause |
| ☐ | Defendant waives detention hearing |
| ☒ | Defendant remanded to custody of USMS |
| ☐ | Defendant released: |
| ☐ | Other: |