FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW M[EXICO]
OCT 2 6 2015
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 15-mj-02428<br>) |
| vs. | )<br>) |
| **ANTONIO VALDEZ,** | )<br>) |
| Defendant. | ) |

## ORDER TO DISMISS COMPLAINT

THIS MATTER having come before the Court upon the United States' Motion to Dismiss Complaint in Cr. No. 15-mj-02428, and the Court being fully advised, finds that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that Complaint in Cr. No. 15-mj-02428 in this case is hereby dismissed without prejudice.

_____
UNITED STATES MAGISTRATE JUDGE